# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN CHRISTIAN WILSON,<br>27 Manns Avenue<br>Greenwich, NSW 2065 Australia<br><br>*Plaintiff,*<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>935 Pennsylvania Avenue, NW<br>Washington, DC 20535<br><br>*Defendant.* | Civil Action No.  22-3062 |

**COMPLAINT**

1.  Plaintiff ("Plaintiff" or "Mr. Wilson") brings this Freedom of Information Act ("FOIA") judicial review against Defendant Federal Bureau of Investigation ("Defendant" or "FBI") to compel Defendant to produce the responsive records relating to Mr. Wilson's FOIPA Request No.: 1548515-000. Defendant has violated FOIA by 1) by failing to conduct a reasonable search, and 2) by failing to produce the responsive, non-exempt records.

## PARTIES

2. Plaintiff is a resident of Greenwich, Australia and he is a dual citizen of the Commonwealth of Australia and the United States of America. Plaintiff made a FOIA request to Defendant on May 20, 2022.

3. Defendant is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4. This case is brought against a Federal Defendant under 28 U.S.C. § 1346 which is a Federal agency under 5 U.S.C. § 552(a)(4)(B). This case presents a federal question under 28 U.S.C. § 1331. These statutes confer jurisdiction on this Court.

5. The venue is proper under 5 U.S.C. § 552(a)(4)(B).

## PLAINTIFF'S MAY 20, 2022 FOIA REQUEST

6. On May 20,2022 Plaintiff submitted a FOIA request to FBI for the following:

   a. All records, documents, or communications prepared by, received by or maintained by the FBI which mention the following terms:

      i. John Christian Wilson

      ii. John C. Wilson

      iii. John Wilson

   b. All records describing FBI informant or FBI agent contacts with:

      i. John Christian Wilson

      ii. John C. Wilson

      iii. John Wilson

    c. All records describing FBI contractors, or others operating on behalf of the FBI or other United States Department of Justice ("DOJ") element, contacts with:

        i. John Christian Wilson

        ii. John C. Wilson

        iii. John Wilson

    d. The 1996 securities analyst report on NYSE listed U.S. mining company Freeport McMoran Copper and Gold Inc (which trades on the NYSE under the symbol FCX) written by John Wilson. This report is entitled, "FCX: Grasberg Closure Highlights Political Risks." Mr. Wilson wrote the report as an analyst working for S.G. Warburg & Co. Inc. and the report was dated March 12, 1996.

    e. All records describing the attendance of John Wilson at the Freeport McMoran Copper and Gold Inc. May 1996 annual analyst briefing at Freeport McMoran Copper and Gold Inc's headquarters in New Orleans, Louisiana. In particular, records are sought concerning an interaction between John Wilson and James R. Moffett (known as Jim Bob), CEO and Chairman of Freeport McMoran Copper and Gold Inc, in the boardroom alcove after the analyst question period that was held in Freeport McMoran's boardroom.

    f. All records describing an interaction between John Wilson and an unnamed person, apparently a federal agent or FBI operative, also in Freeport's boardroom alcove after the analyst question period in Freeport's boardroom mentioned above at the Freeport headquarters in New Orleans, Louisiana in May 1996.

g. All records describing or documenting interactions between John Wilson and people operating on behalf of the FBI or other DOJ element, in particular by Steve Garber.

h. All records, including notes, recordings or transcripts of interviews, made by Steve Garber in early 1999 during the several days when Mr. Wilson visited Garber at his home in Prescott, AZ.

i. All records, including notes, recordings or transcripts, of a discussion or interview involving Mr. Wilson and Steve Garber in June 2004 in New York, New York.

j. All records, including notes, recordings or transcripts, of a discussion or interview involving Mr. Wilson and Steve Garber in September 2004, including at Tibet House, and also the Blue Water Grill both in the vicinity of the Union Square neighborhood of New York, New York.

k. All records of the attendance involving John Wilson in connection with a presentation that Dave Foreman gave in New York, New York in late 1997. David Foreman (usually referred to as Dave) is a well-known American environmental activist and co-founder of environmental group Earth First! Dave Foreman was a subject of Susan Holmes for her work for the FBI.

l. All records pertaining to John Wilson concerning his attendance, or discussions with Susan Holmes or Dave Foreman on, a raft trip on the Colorado River in July or August 1997 with journalists, including a reporter for Time Magazine, Ms. Holmes and Mr. Foreman.

m. All records of discussions between John Wilson and Susan Ackerson Holmes. All records describing or documenting interactions between John Wilson and people

operating on behalf of the FBI or other DOJ element, in particular Susan Ackerson Holmes.

n. All records of discussions between John Wilson and Susan Holmes during the three years that they dated in New York, New York, calendar years 1994, 1995, 1996 and 1997.

o. All records of discussions between John Wilson and Susan Holmes in a May 10, 2003 (on or about) dinner conversation between Susan Holmes and John Wilson in New York, New York.

p. All telephone wiretaps on telephones used by John Wilson.

q. All records showing any applications for surveillance or wiretaps of telephones used by John Wilson.

r. All records showing any applications for search warrants for properties owned or leased by John Wilson.

s. All records showing any applications for surveillance of John Wilson.

Ex. 1.

7. The time frame for this request includes records created or received on or after January 1, 1994 to present. Ex. 1.

8. Defendant acknowledged receipt of the request on June 6, 2022.  Ex. 2.

9. Defendant assigned FOIPA Request No: 1548515-000 to Plaintiff's request. Ex. 2.

10. On June 13, 2022, Defendant sent a denial letter and provided no records. Ex. 3.

11. The time frame of Defendant's search was from October 28, 2019 to June 6, 2022. Ex. 3.

12. Plaintiff filed his administrative appeal on September 1, 2022. His administrative appeal, not including exhibits thereto, is attached as Ex. 4.

13. Defendant acknowledged Plaintiff's administrative appeal on September 1, 2022. Ex. 5.

14. As of this date, there has been no decision on Plaintiff's administrative appeal. Ex. 6.

15. Plaintiff has constructively exhausted his administrative remedies.

16. Plaintiff has retained the services of a law firm, including attorneys, law clerks and paralegals to represent him in this judicial review.

17. As of the date of this filing, the FBI has not complied with FOIA and has failed to release records responsive to Plaintiff's request.

## COUNT I – DEFENDANT'S FAILURE TO CONDUCT A REASONABLE SEARCH

18. The above paragraphs are incorporated by reference.

19. FBI has failed to conduct a reasonable search for records responsive to the request.

## COUNT II – DEFENDANT'S FAILURE TO PRODUCE RECORDS

20. The above paragraphs are incorporated by reference.

21. FBI has failed to release records responsive to the request.

**WHEREFORE**, PLAINTIFF respectfully requests the Court to:

　i. order FBI to conduct a reasonable search for records;

　ii. order FBI to promptly produce all non-exempt responsive records or portions of records;

　iii. enjoin FBI from withholding non-exempt public records under FOIA;

　iv. award Plaintiff's reasonable attorneys' fees and costs; and,

　v. award such other relief the Court considers appropriate.

Dated: October 8, 2022

                                                            RESPECTFULLY SUBMITTED,

                                                            /s/ C. Peter Sorenson
                                                            Attorney for Plaintiff
                                                            C. Peter Sorenson, DC Bar #438089
                                                            Sorenson Law Office
                                                            PO Box 10836
                                                            Eugene, OR 97440
                                                            (541) 606-9173
                                                            peter@sorensonfoialaw.com