UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN CHRISTIAN WILSON,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Civ. A. No. 22-3062 (ABJ) |

**DEFENDANT'S STATUS REPORT**

Defendant, the Federal Bureau of Investigation, by and through undersigned counsel, submits this Status Report pursuant to the Court's January 3, 2023, Minute Order.

Defendant has conducted its search for responsive records. Several records require consultations with other government agencies. Defendant believes it can make a single release of **_all_** records, including those designated for consultations, by May 1, 2023. So that the released records may be reviewed and an opportunity for the parties to meet and confer may be had, the parties propose to submit a Joint Status Report on or before June 1, 2023, which is expected to report on proposed next steps in the event that the matter is not resolved.

This Report was meant to have been submitted on January 31, 2023. Counsel reflexively assumed that the reporting obligation was joint, rather than Defendant-only. As a result of that assumption, counsel did not file the report late night on January 31, 2023, believing he needed Plaintiff's consent to the joint filing, but instead emailed the draft to opposing counsel shortly after midnight after filing a brief in support of a dispositive motion in another case. Plaintiff's counsel kindly clarified in an email that undersigned regrettably missed while trying to wrap up his matters before undergoing a medical procedure. It was not until returning today that counsel discovered

- 2 -

Plaintiff's counsel's email and the error which caused the instant filing to be submitted late. Having recaptioned the report, it is now submitted as Defendant's Status Report. Counsel regrets the inconvenience caused by his mistake and subsequent absence. Plaintiff does not object to the submission of Defendant's Status Report two days late, but reserves the right to object to the proposed timetable for processing and release.

Dated: February 2, 2023

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: _____/s/ *John Moustakas*_____
JOHN MOUSTAKAS, D.C. Bar #442076
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2518
*Counsel for Defendant*